UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

Case No.   99-81171

HON. GEORGE CARAM STEEH

D1 THANH SANG NGUYEN,

        Defendant(s).
_____/

**ORDER FORFEITING DEFENDANT'S BOND**

On August 12, 1999, following his arraignment and bond hearing, defendant Nguyen posted $5,000 cash on a $50,000.00 10% bond.  After a plea of guilty on 9/29/99, defendant Nguyen failed to appear for sentencing set for 1/6/2000 and a warrant was issued on 1/10/2000.  To this day, defendant Nguyen has failed to appear.   Accordingly,

IT IS ORDERED that unless defendant Nguyen appears before the court by May 1, 2009, his $5,000 cash bond will be forfeited to the United States on that date.

IT IS FURTHER ORDERED that the clerk notify defendant Nguyen of this order by mailing a copy to his last known address.

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

Dated:  March 24, 2009
Copy mailed to defendant by M. Beauchemin, Deputy Clerk